AUSA  Margaret M. Smith  313.226.9135
Special Agent  Dave Ratermann, HSI  313.580.2184

, 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

## Eastern District of Michigan

United States of America
v.
RONDELL LOWELL COOK

Case:2:17-mj-30654
Judge: Unassigned,
Filed: 12-04-2017 At 09:47 AM
CMP USA V. COOK (LH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____August 1, 2017 - December 3, 2017____ in the county of _____Wayne_____ in the
_____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2251(a) | produce child pornography |
| 18 U.S.C. 2422(b) | online enticement of a minor |
| 18 U.S.C. 2252A(a) | receive and possess child pornography |
| 18 U.S.C. 2423(b) | interstate travel with intent to engage in sex act with a child |

This criminal complaint is based on these facts:
See attached affidavit

[✓] Continued on the attached sheet.

_____
Complainant's signature

Special Agent Jay Ratermann, HSI
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: ___12/4/17___

_____
Judge's signature

City and state:  Detroit, MI

U.S. Magistrate Judge      MONA K. MAJZOUB
_____
Printed name and title

## AFFIDAVIT

I, Jay V. Ratermann, being first duly sworn, state as follows:

1.  I am employed as a Special Agent for the United States Department of Homeland Security (DHS), ICE Homeland Security Investigations (HSI), Detroit, Michigan; and am currently assigned to the Michigan Internet Crimes Against Children (ICAC) Task Force. I have been employed as a Special Agent since August 9, 2001, when I began my career as a Special Agent with the United States Customs Service, Office of Investigations.  During the course of my career, I have received extensive training in the methods used by alien smugglers, drug traffickers, money laundering organizations, and child exploitation offenders.  I have participated in numerous arrests for various violations of law; as well as numerous seizures of narcotics and other contraband; and seizures of currency, monetary instruments, computer equipment, and business and financial records. I have interviewed multiple subjects who possessed, distributed, manufactured, and received child pornography images. Along with other agents, I am responsible for enforcing federal criminal statues involving the sexual exploitation of children pursuant to Title 18, United States Code, Sections 2251 and 2252A.

2.  This affidavit is made in support of a criminal complaint for RONDELL LOWELL COOK, date of birth XX/XX/1989, for violations of the following:

1

a.  Title 18 U.S.C. § 2251 Production of Child Pornography;

b.  Title 18 U.S.C. § 2252A(a)(2) Receipt of Child Pornography;

c.  Title 18 U.S.C. § 2252A(a)(5)(B) Possession of Child Pornography;

d.  Title 18 U.S.C. § 2422(b) Online Enticement of a Minor;

e.  Title 18 U.S.C. § 2423(b) Travel for Purpose of Illicit Sexual Activity.

3.  This affidavit is being submitted for the limited purpose of securing the warrant listed; therefore, this affidavit does not contain every fact that I have learned during the course of this investigation. I have set forth only those facts necessary to establish probable cause to believe that RONDELL LOWELL COOK has violated the above statutes. The information contained in this affidavit is based upon my personal knowledge, training and experience, as well as the combined training and experience of other law enforcement officers and agents with whom I have had discussions.

4.  Pursuant to the provisions of Title 18, United States Code, sections 2251 and 2252A, it is a federal crime for any person to knowingly manufacture, possess, receive or distribute child pornography that has been mailed, shipped or transported in interstate or foreign commerce, or which contains materials which have been mailed, or has been shipped or transported, by any means including a computer, or to knowingly reproduce any visual depiction for distribution in interstate or foreign commerce by any means including a computer or through the mail. Pursuant to the provisions of Title 18, United States Code, section 2256, "child pornography," as used in this affidavit,

means any visual depiction, including any photograph, film, video, picture, or computer or computer generated image or picture of sexually explicit conduct where the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct.

5.   Pursuant to the provisions of Title 18, United States Code, section 2422(b), using the mail or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States; it is a federal crime to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, or attempt to do so.

6.   Pursuant to the provisions of Title 18, United States Code, section 2423(b), it is a federal crime to travel in interstate commerce for the purpose of engaging in any illicit sexual conduct with another person.

## PROBABLE CAUSE

7.   On December 2, 2017, at approximately 3:30 PM EST, Van Buren Township MI Police Department (VBTPD) officers received a report of a missing juvenile, a 15 year old female hereafter referred to as MV-1. VBTPD were informed by MV-1's family that MV-1 was in possession of

a cell phone, and provided that number to VBTPD. VBTPD further were advised by a family member that MV-1 had been overheard talking on the phone to an unknown person and asking "is the room ready."

8. VBTPD contacted MV1's cell phone provider, who provided location information of the South Interstate 94 Service Drive and Belleville Road. VBTPD then contacted the Super 8 Motel in Belleville MI, which is located near that intersection, and learned that a female matching MV-1's description was in room 112 with an unidentified male.

9. That same day, VBTPD officers approached and knocked on the door of room 112. The door was answered by a male later identified as RONDELL LOWELL COOK, who observed by the officers to be shirtless, shoeless, belt undone, and the zipper of his pants was completely down. A pair of men's underwear was seen on the floor.

10. MV-1 was further located in the bathroom of the room, fully clothed and wearing a black leather collar. Observed in the room by VBTPD officers were also a black leather whip, black leather paddle, black leather wrist/leg restraints, ball gag, black leather leash, and a black rope. The bed located next to the window was observed to be messy, with the blankets and sheets tossed about on the bed and partially on the ground.

11.   Also found in the room was a receipt and itinerary from Greyhound Lines, Inc., for one-way travel by bus from Bridgeport CT to Ypsilanti MI, in the name of "RONDELL COOK."   The itinerary shows a departure from Bridgeport CT at 7:00 PM EST December 1, 2017, arriving Ypsilanti MI at 2:20 PM on December 2, 2017.   Two cell phones were located: an LG phone belonging to RONDELL LOWELL COOK, and a Samsung phone belonging to MV-1.   RONDELL LOWELL COOK was subsequently taken into custody by VBTPD.

12.   During a subsequent preview of MV-1's cell phone under consent given by MV-1's parent, VBTPD observed an electronic copy of MV-1's high school class schedule, which MV-1 had forwarded to COOK to coordinate their meeting.

13.   During a subsequent interview by VBTPD under Miranda protections, RONDELL LOWELL COOK stated he has nude pictures of MV-1 located on his cell phone, the number of which is (203) 202-XXXX.   COOK stated he had met MV-1 on a social media application, and that he and MV-1 have been communicating for the past couple of months on a daily basis.   COOK stated he purchased a bus ticket from Greyhound for $65.00, and it took him approximately 25 hours to get to Michigan.

14.   COOK claimed that he did not know how old MV-1 was, and stated he did not get MV1's class schedule until MV1 was already enroute to the hotel. COOK stated he ordered a "Lyft" car to pick MV-1 up and transport her to the hotel, where she arrived at approximately 4:00pm.  COOK stated he checked into hotel at approximately 2:48pm, and waited for MV-1 to arrive.

15.    COOK stated he planned to take MV-1 out to eat, come back to the room, watch television, and whatever happens, happens, including sex with MV-1. COOK stated he rode 25 hours in a bus, and was scheduled to return on Sunday December 3, 2017 around 4:00pm.  COOK stated his underwear was off when he was in the hotel room, as he was going to take a shower.

16.   Based on the above, on December 3, 2017, VBTPD obtained a search warrant for the cell phone of RONDELL LOWELL COOK, identified as an LG phone.  A preview of this phone has revealed that COOK has MV-1 as "Da Wifey." In the chats, COOK asks MV-1 for and receives a copy of MV-1's school schedule, which lists her as being a ninth grader.  The chats show COOK request and receive MV-1's full address. COOK ordered a Lyft driver in a Gray Nissan to pick up MV-1 from her home and bring her to the hotel. COOK received a confirmation text from Lyft at 4:12 pm and advised MV-1 to leave her home and get in a Gray Nissan. COOK then provided a room number 112 at 4:25pm.

17.  So far, HSI forensic analyst has located 4 videos on COOK's cell phone, showing MV-1 masturbating with both her fingers and a hairbrush, the hairbrush in both her vagina and anus, and at least 17 sexually explicit images of MV-1. She is nude in all images. At least one appears to be from Snapchat and is an image of what is believed to be MV-1's bare chest with the caption "Iz this the type of pics u wanted lol im tired." This same image was found on MV1's phone.

18.  On December 2, 2017, VBTPD obtained written consent from MV-1's parental guardian to conduct a forensic review of MV1's cell phone, a Samsung.  MV-1 has COOK listed in her phone as "Husband Da," and it contains chats with COOK from August 17, 2017 on.   There are approximately 29,000 messages exchanged between COOK and MV-1, many of which of a sexual nature.  These include the following:

- On August 18, 2017, COOK states "Yu shlod send me sum naked pics now".  In reply, MV-1 asks "Pics of what"; and COOK states "I love ur chest and ass".  MV-1 then asks where to send the pictures, and COOK states "here".  MV-1 replies "alright", and at 2:29 sends a picture of her nude posterior.  On August 25, 2017, during a sexting conversation, COOK sends MV-1 an image of an adult male penis, which agents presume to be COOK'S.

- On October 28, 2017 at 5:13 COOK states "Get naked rn if ur not naked"; "Nd send me sum pics I wanna see ma body...I wanna see

ma ass nd ma pussy"; "Rn"; and "Hurry up". MV-1 responds "Ok one sec". At 5:28, MV-1 sends what appears to be her nude body, breasts and vagina visible in a lewd and lascivious manner. COOK then states" I wanna see ir face too" "Ur face needs too be in every pic" "Kuz yu got a lot of dick to suck yu knoe that right". MV-1 responds "Ya I know". COOK instructs MV-1 to "send me ma pics", and MV-1 sends a selfie style image of her nude body, face breasts and vagina visible in a lewd and lascivious manner. COOK follows this by stating "Ass", and in reply MV-1 sends a picture of her nude posterior. COOK responds to this by typing "now only your pussy"; to which MV-1 sends a picture of her bare vagina, displayed in a lewd and lascivious manner.

- On October 24, 2017, COOK instructs MV-1 to video call him on Oovoo "so I can watch yu Nd jerk ma dick while I watch yu". Based on the chat, it appears the MV1 calls him on Oovoo from 5:45 until 6:03 and performs a sexual act with a hairbrush.

## CONCLUSION

19. Based on the foregoing, there is probable cause to believe that RONDELL LOWELL COOK has committed the following violations: Title 18 U.S.C. § 2251 Production of Child Pornography; Title 18 U.S.C. § 2252A(a)(2) Receipt of Child Pornography; Title 18 U.S.C. § 2252A(a)(5)(B) Possession of Child Pornography; Title 18 U.S.C. § 2422(b) Online Enticement of a

Minor; Title 18 U.S.C. § 2423(b) Travel for Purpose of Illicit Sexual Activity.

20. Wherefore by this affidavit and application, Affiant requests that the Court authorize the issuance of a criminal complaint and arrest warrant for RONDELL LOWELL COOK.


Jay N. Ratermann
Special Agent, HSI


Subscribed and Sworn
Before me this 4th day of December 2017

UNITED STATES MAGISTRATE JUDGE

MONA K. MAJZOUB